# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL DAMIEN VARGA,** | : | **CIVIL ACTION** |
| **Individually and as Administrator of** | : | |
| **the Estate of Loren Fidalgo,** | : | **NO. 24-3410** |
| | : | |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALLIED WORLD INSURANCE** | : | |
| **COMPANY, ALLIED WORLD** | : | |
| **NATIONAL ASSURANCE** | : | |
| **COMPANY, and ALLIED WORLD** | : | |
| **ASSURANCE COMPANY (U.S.),** | : | |
| **INC.,** | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 13th day of May 2025, upon consideration of Defendants' *motion to dismiss*, (ECF 9), Plaintiff's response in opposition, (ECF 13), Defendants' reply, (ECF 14), and the allegations in the complaint, (ECF 1-1), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**. Accordingly, this matter is **DISMISSED,** in its entirety.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*